James M. Sullivan, Esq.
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
E-mail: jsullivan@windelsmarx.com

*Attorneys for Defendant*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
In re: : Chapter 11
:
SUNEDISON, Inc., *et al.*, : Case No. 16-10992 (SMB)
:
       Reorganized Debtors. : (Jointly Administered)
:
---------------------------------------------------------------X
:
SUNEDISON LITIGATION TRUST, :
:
       Plaintiff, : Adv. Pro. No. 18-01256 (SMB)
:
   v. :
:
BRAUX UK LIMITED, :
:
       Defendant. :
:
---------------------------------------------------------------X

## BRAUX UK LIMITED'S CORPORATE OWNERSHIP STATEMENT

Defendant Braux UK Limited ("Braux UK"), under Federal Rule of Bankruptcy Procedure 7007.1, through its undersigned attorneys, states as follows:

Braux UK is a United Kingdom private limited company established under the law of the United Kingdom and is a "corporation" as defined under 11 U.S.C. § 101(9). Braux UK is wholly owned by Braux Energy Group, S.L., a corporation organized under the laws of Spain. No corporation directly or indirectly owns 10% or more of any class of Braux Energy Group, S.L.'s interests.

Dated: New York, New York
March 25, 2019

**WINDELS MARX LANE & MITTENDORF, LLP**

By: /s/ James M. Sullivan
James M. Sullivan
156 West 56th Street
New York, NY 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
E-mail: jsullivan@windelsmarx.com

*Attorneys for Braux UK Limited*